IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:12CB3005 |
| | ) | VIOLATION NO. W0905529 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JASON W. EDNEY, | ) | MOTION TO CONTINUE |
| | ) | INITIAL APPEARANCE |
| Defendant. | ) | |

COMES NOW the United States, by and through the undersigned Assistant United States Attorney, and moves the Court to continue the initial appearance presently scheduled for August 2, 2012, for the reason that the defendant has additional charges pending before this court in *United States v. Jason W. Edney*, 4:12CR3033 and consolidation of these matters would be beneficial to all parties. The undersigned respectfully requests that this initial appearance be continued until October 4, 2012.

UNITED STATES OF AMERICA

By:   DEBORAH R. GILG
      United States Attorney
      District of Nebraska

And:  */s/ Alan Everett*
      ALAN L. EVERETT #15387
      Assistant U. S. Attorney
      487 Federal Building
      100 Centennial Mall North
      Lincoln, Nebraska 68508
      Telephone: (402) 437-5241

**ORDER**

IT IS ORDERED that the initial appearance in this matter is continued to October 4, 2012.

Dated this 27th day of July, 2012.

BY THE COURT:

*Cheryl R. Zwart*
CHERYL R. ZWART
United States Magistrate Judge