IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | VIOLATION: W0905529 |
| Plaintiff, | ) | |
| | ) | 4:12CB3005 |
| v. | ) | |
| | ) | |
| JASON W. EDNEY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Upon motion of the government, the violation is dismissed.

IT IS SO ORDERED this 28th day of March, 2013.

s/ *Cheryl R. Zwart*
CHERYL R. ZWART
United States Magistrate Judge